NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SHERYL TAYLOR,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

_____

2013-3037

_____

Petition for review of the Merit Systems Protection Board in case no. AT1221120255-W-1.

_____

**ON MOTION**

_____

**O R D E R**

Sheryl Taylor moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

SHERYL TAYLOR v. TREASURY                                                     2

                                              FOR THE COURT

                                              /s/ Jan Horbaly
                                              Jan Horbaly
                                              Clerk

s24